CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SUPER 8 WORLDWIDE, INC., formerly known as SUPER 8 MOTELS, INC., a South Dakota Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PIGNALLE PROPERTIES LLC, an Idaho Limited Liability Company; and CHRIS VALENTINE, an individual,<br><br>    Defendants. | HON. DENNIS M. CAVANAUGH<br>Civil Action No. 2:11-06639 (DMC)(MF)<br><br>**FINAL JUDGMENT BY DEFAULT AS TO DEFENDANT PIGNALLE PROPERTIES LLC** |

This matter having been opened to the Court by plaintiff, Super 8 Worldwide, Inc., formerly known as Super 8 Motels. Inc., ("SWI"), by its attorneys, Day Pitney LLP, seeking the entry of final judgment by default against defendant Pignalle Properties LLC ("Pignalle") pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on November 10, 2011, seeking damages as a result of the breach of a franchise agreement; and service of a copy of the Summons and Complaint having been effectuated with respect to Pignalle on November 30, 2011; and Pignalle having failed to Answer or otherwise respond to the Complaint; and it appearing that default was duly noted by the Clerk of the Court against Pignalle on September 12, 2012 for its failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

84412359.1

IT IS on this ___5th___ day of ___December___, 2012,

**ORDERED, ADJUDGED, AND DECREED** that SWI have judgment against Pignalle, jointly and severally, in the total amount of $228,555.44, comprised of the following:

(a)   $134,343.48 for Recurring Fees (principal plus prejudgment interest);

(b)   $84,319.29 for liquidated damages (principal plus prejudgment interest); and

(c)   $9,892.30 for attorneys' fees and costs; and it is

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that because there is no just reason for delay of this Order, pursuant to Fed. R. Civ. P. 54(b), this Order constitutes a final judgment entered against defendant Pignalle Properties LLC, and it is

**FURTHER ORDERED, ADJUDGED, AND DECREED** that beyond the date of this Final Judgment, post-judgment interest will continue to accrue until the Judgment is paid in full, at the rate established by law; and it is

**FURTHER ORDERED, ADJUDGED, AND DECREED** that a copy of this Judgment be served upon Defendants within 7 days after receipt by moving counsel.

___OPPOSED

___UNOPPOSED

_____
Dennis M. Cavanaugh
U.S. District Judge